IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE JAYNE,

        Plaintiff,                         No. 2: 11-cv-1448 GEB KJN P

    vs.

DONALD VAN BUSKIRK, et al.,

        Defendants.                 FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 28, 2011, plaintiff filed a motion for injunctive relief. This motion concerns conditions at the Shasta County Jail, where plaintiff was incarcerated when he filed the motion. Court records indicate that plaintiff is no longer incarcerated at the Shasta County Jail. Plaintiff is now incarcerated at the Snake River Correctional Institution in Ontario, Oregon.

        When an inmate seeks injunctive relief concerning an institution at which he is no longer incarcerated, his claims for such relief become moot. See Sample v. Borg, 870 F.2d 563 (9th Cir. 1989); Darring v. Kincheloe, 783 F.2d 874, 876 (9th Cir. 1986). See also Reimers v. Oregon, 863 F.2d 630, 632 (9th Cir. 1988). Plaintiff has demonstrated no reasonable possibility that he will be incarcerated at the Shasta County Jail at any predictable time in the future.

////

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for injunctive relief (Dkt. No. 11) be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jay1448.pi